**Order entered April 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00412-CV

### IN THE INTEREST OF A.M., A CHILD

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-09918-R

## ORDER

This is an accelerated appeal in a child protection case. Pursuant to rule of appellate procedure 34.5(c)(1), we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than April 30, 2019, a supplemental clerk's record containing a copy of the trial court's July 26, 2018 "Chapter 263" order and August 24, 2018 "Extend Misc" order.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE